**STATE of Missouri, Respondent,**

v.

**Kevin D. SMITH, Appellant.**

No. 72933.

Missouri Court of Appeals,
Eastern District,
Division Three.

May 12, 1998.

Gary E. Brotherton, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl Caponegro, Jefferson City, for respondent.

Before AHRENS, P.J., and CRANDALL and KAROHL, JJ.

### ORDER

PER CURIAM.

Defendant, Kevin D. Smith, appeals from the judgment entered after a jury found him guilty of sodomy. Defendant was sentenced to fifteen years imprisonment. No jurisprudential purpose would be served by a written opinion.

The judgment is affirmed. Rule 30.25(b).